ance himself in 400 dollars, and one good surety in 400 dollars, for his appearance at the next sessions to answer to the misdemeanor.

* * *

### PETER KIDD *against* JOHN RIDDLE, esquire.

Plaintiff a good witness to prove the service of notice on a justice of the peace, thirty days before process issued.

IN trespass and false imprisonment against the defendant a justice of the peace, for an act done in his office, it was ruled by the court, that the plaintiff was a good witness to prove the service of notice on the defendant stating the cause of action, thirty days before the process issued, under the act of assembly. 1 Dall. St. Laws, 604.

Verdict for the defendant.

Messrs. Brackenridge and Pentecost, *pro quer.*
Mr. Simonson, *pro def.*

* * *

## AT NISI PRIUS AT PITTSBURG, MAY ASSIZES, 1799.

CORAM, YEATES AND SMITH, JUSTICES.

---

### PHILIP, a negro and EVE his wife *against* ABRAHAM KIRKPATRICK.

On a *quantum valebat* for service, if narr, states, that it was in consideration of plaintiff agreeing to serve for a certain time, that agreement must be proved.

CASE. The plaintiffs declared on two counts.

1. That whereas the said Eve on the 1st June 1788, at the county aforesaid, agreed to serve the said Abraham for and during the term of four years then commencing, in consideration thereof, he the said Abraham, then and there upon himself did assume to pay to her, the said Eve, what the service of the said Eve, should for the said term be reasonably worth. And the said Philip and Eve say, that the same service was reasonably worth the sum of 100*l.* nevertheless, &c. 2. And whereas on the 1st November 1792, he the said Abraham, was indebted to the said Philip and Eve in other 100*l.*, in consideration of ser-